

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GARY CRUZ, Individually and on behalf :
of all others similarly situated,
: Civil Action No.
                                                                      10 Civ. 8026 (PKC)
                            Plaintiff,              :
        v.                                          : **STIPULATION**

TD BANK, NA,                                        :
                            Defendant.
----------------------------------------------------------------x

      Plaintiff, Gary Cruz, by and through his attorneys, stipulates and agrees that TD Bank, N.A., shall have an extension of time to answer or otherwise respond until January 3, 2011.

Dated: New York, New York      By: _____
      November 22, 2010          G. Oliver Koppell
                                                                       Daniel F. Schreck
                                                                         Law Offices of G. Oliver Koppell
                                                                         99 Park Avenue, 3rd Floor
                                                                         New York, NY 10016
                                                                         (212) 867 – 3838

                                                                         Charles Juntikka
                                                                         Charles Juntikka & Associates, LLP
                                                                         350 Fifth Avenue, Suite 2212
                                                                         New York, NY 10118
                                                                         (212) 315 – 3755
                                                                         *Attorneys for Plaintiff Gary Cruz,*
                                                                         *individually and on behalf of all others*

Date: November 22, 2010            By: _____
                                                                         JUSTIN JOSEPH D'ELIA
                                                                         Duane Morris LLP
                                                                         1540 Broadway
                                                                         Telephone: (212) 692-1069
                                                                         Fax: (212) 692-1020
                                                                         jjdelia@duanemorris.com
                                                                         *Attorneys for Defendant TD Bank, NA*

SO ORDERED _____
Hon. _____ U.S.D.J.
12-1-10

DM1\2413316.1