```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 12-8-10         │
└─────────────────────────────┘
```

**MEMO ENDORSED**

**DuaneMorris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JUSTIN JOSEPH D'ELIA
DIRECT DIAL: (212) 692-1069
PERSONAL FAX: 212.202.4848
E-MAIL: jjdelia@duanemorris.com

www.duanemorris.com

December 7, 2010

*[handwritten: Initial conference adjourned from December 15 to Jan. 27, 2011 at 2:15pm. SO ORDERED. USDJ 12-7-10]*

SENT BY FAX

Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Gary Cruz v. TD Bank, N.A., Case No.: 10-cv-8026**

Dear Judge Castel:

We represent Defendant, TD Bank, N.A., in the above-referenced matter. We write in accordance with your Honor's Individual Practice Rule, 1C, to request that the December 15, 2010 initial pretrial conference be adjourned to January 27, 2010. The parties have conferred and agreed upon the requested date. There have been no previous adjournment of this conference.

We respectfully request that the Court grant our request.

Respectfully submitted,

*[signature]*

Justin Joseph D'Elia

SO ORDERED _____

Dated: Hon. P. Kevin Castel U.S.D.J.

cc: G. Oliver Koppell, Esq.
Daniel F. Schreck, Esq.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020