12/21/2010 12:03 FAX   12128821020         DUANE MORRIS LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-22-10

☑002/003

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARY CRUZ, Individually and on behalf
of all others similarly situated,
                                                                    Civil Action No.
                                                                    10 Civ. 8026 (PKC)
                              Plaintiff,
              v.                                                   **STIPULATION**

TD BANK, NA,
                              Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time of defendant TD BANK, N.A. to respond to the Complaint is extended to and including January 10, 2011.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals for all purposes.

There has been one previous request for an extension of time that extended the time to respond to January 3, 2011 which was approved. The original time to respond was November 18, 2010.

Dated: New York, New York
       December 21, 2010

By: /s/ G. Oliver Koppell
G. Oliver Koppell
Daniel F. Schreck
Law Offices of G. Oliver Koppell
99 Park Avenue, 3rd Floor
New York, NY 10016
(212) 867 – 3838

Charles Juntikka
Charles Juntikka & Associates, LLP
350 Fifth Avenue, Suite 2212
New York, NY 10118
(212) 315 – 3755
*Attorneys for Plaintiff Gary Cruz,*
*individually and on behalf of all others*

DM1\2443789.1

Date: December 21, 2010

By: _____
JOHN DELLAPORTAS
JUSTIN JOSEPH D'ELIA
Duane Morris LLP
1540 Broadway
Telephone: (212) 692-1069
Fax: (212) 692-1020
dellajo@duanemorris.com
jjdelia@duanemorris.com
*Attorneys for Defendant TD Bank, NA*

SO ORDERED: _____
Hon. _____ U.S.D.J.

BC

12-22-10

2

DM1\2443789.1