UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY CRUZ, Individually and on behalf of all others similarly situated,

        Plaintiff,

v.

TD BANK, NA,

        Defendant.

CIVIL ACTION NO.
10 – CV – 8026 (PKC)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin Joseph D'Elia, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Alexander D. Bono, Esq.
    Duane Morris LLP
    30 South 17th Street
    Philadelphia, PA 19103 – 4196
    (215) 979 – 1181 (TEL)
    (215) 689 – 4472 (FAX)

Alexander D. Bono, Esq. is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Alexander D. Bono, Esq. in any State or Federal Court.

Dated: December __, 2010
New York, New York

                          Respectfully submitted,

                          By: _____
                          Justin Joseph D'Elia (JD4685)
                          Duane Morris LLP
                          1540 Broadway
                          New York, NY 10036-4086
                          (212) 692 – 1000 (tel)
                          (212) 692 – 1020 (fax)
                          Attorneys for Defendant

DM1\2410315.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY CRUZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TD BANK, NA,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.<br>10 – CV – 8026 (PKC)<br><br>**AFFIDAVIT OF**<br>**JUSTIN JOSEPH D'ELIA**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

STATE OF NEW YORK　) 
　　　　　　　　　　　) ss:
COUNTY OF NEW YORK　)

　　JUSTIN JOSEPH D'ELIA, being duly sworn, deposes and says:

　　1.　　I am an attorney with the firm of Duane Morris LLP, attorneys for defendant, TD Bank, NA, herein. I submit this affidavit based on my personal knowledge and in support of defendant's motion to admit Alexander D. Bono as counsel pro hac vice to represent defendant TD Bank, NA in this matter.

　　2.　　I was admitted to practice law in the State of New York on February 27, 2006 and am a member in good standing of the Bar of the State of New York. On August 11, 2006, I was admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

　　3.　　Alexander D. Bono is an attorney who practices law in Philadelphia, Pennsylvania. He is a member of the firm Duane Morris LLP. Mr. Bono has experience in regulatory compliance, and commercial contract and business tort claims.

DM1\2410295.1

4.  I believe Mr. Bono to be a skilled attorney and person of integrity. He is familiar with the Federal Rules of Civil Procedure and has had experience litigating in federal courts.

5.  Based on the facts set forth above, I move for the admission of Alexander D. Bono, pro hac vice. A proposed order granting the admission of Alexander D. Bono, pro hac vice, is annexed hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Alexander D. Bono, pro hac vice, to represent defendant, TD Bank, NA, in the above-entitled action be granted in all respects.

Dated: December 22, 2010
New York, NY

Respectfully submitted,

_____
Justin Joseph D'Elia (JD4685)

Sworn to before me this
22nd day of December, 2010

_____
Notary Public



ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6133508
My Commission Expires Sept. 19, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY CRUZ, Individually and on behalf of all others similarly situated,

        Plaintiff,

v.

TD BANK, NA,

        Defendant.

CIVIL ACTION NO.
10 – CV – 8026 (PKC)

**AFFIDAVIT OF ALEXANDER D. BONO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

COMMONWEALTH OF PENNSYLVANIA )
                                 ) ss:
CITY OF PHILADELPHIA              )

       ALEXANDER D. BONO, being duly sworn, deposes and says:

I am a member of the law firm Duane Morris, LLP, attorneys for defendant TD Bank, NA, in the above captioned proceeding.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: December 21, 2010
Philadelphia, PA

Respectfully submitted,

_____
Alexander D. Bono
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1181
Fax: (215) 292-7215
abono@duanemorris.com

Sworn to before me this
21st day of December, 2010

_____
Notary Public

> NOTARIAL SEAL
> MARGARET M BILOTTA
> Notary Public
> PHILADELPHIA CTY, PHILADELPHIA CNTY
> My Commission Expires Oct 25, 2013

2

DM1\2442751.1



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Alexander D. Bono, Esq.

#### DATE OF ADMISSION

#### October 20, 1977

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 30, 2010

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Alexander D. Bono , Bar # 25845, was duly admitted to practice in said Court on July 19, 1978, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                             Clerk of Court

on November 24, 2010.                       BY *[signature: Aida Ayala]*
                                      Aida Ayala,     Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY CRUZ, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>TD BANK, NA,<br><br>            Defendant. | CIVIL ACTION NO.<br>10 – CV – 8026 (PKC)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Justin Joseph D'Elia, attorney for TD Bank, NA and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Alexander D. Bono, Esq.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103 – 4196
> (215) 979 – 1181 (TEL)
> (215) 689 – 4472 (FAX)
> Email: abono@duanemorris.com

is admitted to practice pro hac vice as counsel for TD Bank, NA in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

DM1\2410325.1

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: December __, 2010
New York, New York

_____
United States District/Magistrate Judge

United States District Court
Southern District of New

Gary Cruz

Plaintiff

TD Bank NA

Defendant

Civil Action No
10-CV-8036 (PKC)

A copy of this motion to Admit counsel Pro Hac Vice with supporting documents was served upon opposing Attorney

Anthony Aveld