UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-29-10
```

---

GARY CRUZ, Individually and on behalf
of all others similarly situated,

     Plaintiff,

  v.

TD BANK, NA,

     Defendant.

CIVIL ACTION NO.
10 – CV – 8026 (PKC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

---

  Upon the motion of Justin Joseph D'Elia, attorney for TD Bank, NA and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

    Alexander D. Bono, Esq.
    Duane Morris LLP
    30 South 17th Street
    Philadelphia, PA 19103 – 4196
    (215) 979 – 1181 (TEL)
    (215) 689 – 4472 (FAX)
    Email: abono@duanemorris.com

is admitted to practice pro hac vice as counsel for TD Bank, NA in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

  An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

DM1\2410325.1

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: December 29, 2010
New York, New York

_____
United States District/Magistrate Judge
USDJ

2