UNITED STATES DISTRICT COUR T
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GARY CRUZ, individually and on
behalf of all others
                              Plaintiff(s),

        - against -

TD BANK NA
                              Defendant(s).

-------------------------------------------------------x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                   │
│ DATE FILED: 2-14-11              │
└─────────────────────────────────┘
```

10  Civ. 8026 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By _March 14_ ,201_1_, plaintiff (may amend) ~~shall amend~~ the complaint to add additional class representatives and to revise the EIPA allegations.
   _____.

2. By _April 11_ ,201_1_, defendant ~~shall~~ may serve its notion to dismiss. Plaintiff may respond by May 11. Defendant may reply by May 27.
   _____.

3. By_____ ,201_ ,_____ shall_____

   _____.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

      SO ORDERED.

                              P. Kevin Castel
                          United States District Judge

Dated:  New York, New York
       2-14-11