## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Gary Cruz<br>aka   Gary Anthony Cruz<br>aka   Gary A. Cruz | CASE NO.: 10–10486–alg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–7288 | CHAPTER:   7 |

## DISCHARGE OF DEBTOR
## ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 1/28/10 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. §§ 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. §§ 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Roy Babitt is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 5/20/10                                              Allan L. Gropper, Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# Notice Recipients

District/Off: 0208−1         User: aho                      Date Created: 5/20/2010
Case: 10−10486−alg           Form ID: 155                   Total: 24

**Recipients of Notice of Electronic Filing:**
tr          Roy Babitt           nytemp3@arentfox.com, clarke.janease@arentfox.com, ny01@ecfcbis.com, nytemp3@arentfox.com, rbabitt@gmail.com
aty         Charles W. Juntikka          ymiyasaka@cjalaw.com

                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Gary Cruz          1850 Lafayette Avenue          Apt 5E          Bronx, NY 10473
ust         United States Trustee          33 Whitehall Street          21st Floor          New York, NY 10004
smg         New York State Tax Commission          Bankruptcy/Special Procedures Section          P.O. Box 5300          Albany, NY 12205−0300
smg         United States Attorney          One St. Andrew's Plaza          Claims Unit – Room 417          New York, NY 10007−1701
smg         N.Y. State Unemployment Insurance Fund          P.O. Box 551          Albany, NY 12201−0551
smg         New York City Dept. Of Finance          345 Adams Street, 3rd Floor          Attn: Legal Affairs – Devora Cohn          Brooklyn, NY 11201−3719
5082163     American Express          7777 American Expressway          Fort Lauderdale, FL 33337
5082164     American Express          C/O Forster &Garbus          P.O. Box 9030          500 Bi−County Blvd, Suite 300          Farmingdale, NY 11735−3931
5082165     Bank of America          507 Prudential Road          Horsham, PA 19044
5082166     Bank of America          C/O Forster &Garbus          P.O. Box 9030          500 Bi−County Blvd, Suite 300          Farmingdale, NY 11735−3931
5082167     Capital One Bank          C/O Cohen &Slamowitz, Llp          199 Crossways Park Drive          PO Box 9004          Woodbury, NY 11797−9004
5082168     Capital One, Bankruptcy Dept.          P.O. Box 85520          Richmond, VA 23285
5082169     Care Credit/Gemb          P.O. Box 960061          Orlando, FL 32896−0061
5082170     Chase Auto Finance          900 Stewart Ave.          Garden City, NY 11530
5082171     Chase Bankcard Services          Attn: Bankruptcy Dept.          P.O. Box 15041          Wilmington, DE 19850−5041
5082172     Ge Money Bank          C/O Ge Consumer Finance−Bko Division          P.O. Box 103104          Roswell, GA 30076
5082173     Geico Platinum Mastercard          PO Box 5712          Hicksville, NY 11802
5082174     Lvnv Funding          P.O. Box 10584          Greenville, SC 29603
5082175     National Action Financial Service          165 Lawerence Bell Drive          Williamsville, NY 14221
5082176     New Millenium Bank          P.O. Box 5721          Hicksville, NY 11802−5721
5082177     Paul Michael Marketing          186−09 Union Turnpike          Flushing, NY 11366
5082178     Westchester Square Emergency Physicians          484 Temple Hill Road Suite 104          New Windsor, NY 12553

                                                                                TOTAL: 22