# SIGNATURE CARD

**T.D. Bank, N.A. ("Bank")**
PISCATAWAY          01360681

ACCOUNT          7867182425

Account Type: Yes Checking

Title of   **CLAUDE J PAIN**

ANY ONE AUTHORIZED SIGNATURE WILL BE SUFFICIENT FOR EACH WITHDRAWAL. CHECK OR OTHER ORDER.

X _____
          Authorized Signature                              Authorized Signature

**CLAUDE J PAIN**
          Print Customer Name                              Print Customer Name

| | | |
|---|---|---|
| 191 BEXLEY LANE | Street Address | |
| PISCATAWAY, NJ 08854 | City, State, Zip | |
| (732) 805-9440 | Telephone | |
| ▬▬▬▬▬▬ | Soc. Sec. No. | |
| 11-15-62 | Date of Birth | |
| NPT PUBLISHING GROUP | Employer | |
| 201 Littleton Rd | Business Address | |
| | Business Telephone | |
| P01831287111621 | ID/DL # | |

05-12-05                    05-31-09

_____               _____
          Authorized Signature                              Authorized Signature

_____               _____
          Print Customer Name                              Print Customer Name

| | | |
|---|---|---|
| | Street Address | |
| | City, State, Zip | |
| | Telephone | |
| | Soc. Sec. No. | |
| | Date of Birth | |
| | Employer | |
| | Business Address | |
| | Business Telephone | |
| | ID/DL # | |

Date Opened  June 12, 2008   Initial Deposit  $ .5.00   Opened By  ANDREW C PETERS   ID 4-1691

Each of the authorized individual(s) certify that they have all required authority to act with respect to this account(s) and, jointly and severally, agree to indemnify and hold "Bank" harmless from and against any loss or damage arising from such authority or lack thereof. "Bank" has no responsibility or duty to assure or verify that Authorized individual(s) have or are acting within the authority given them by the authorizing document or that such authorizing document is genuine or valid, even if "Bank" has seen or retained a copy of such document.

The Authorized individual(s) signing agree(s), jointly and severally if multiple signers, to the terms set forth in the Deposit Account Rules and Disclosure, as amended by "Bank" from time to time. Each of the Authorized individual(s) signing also acknowledge that "Bank" provided at least one copy of these deposit account documents. I/We acknowledge and understand that TD Banknorth or Commerce Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth or Commerce Bank.

NOTE:   There may be only one Custodian for an account under the Uniform Transfer to Minors Act or the Uniform Gifts to Minors Act. All fiduciaries appointed by order of a court must each sign this signature card. Depositor's Authorization Documents have not been filed.

**TIN/BACKUP WITHHOLDING**                    Reporting SSN/TIN:          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

**Important:** Under penalties of perjury, I certify that the number shown above is my correct taxpayer identification number, I am a U.S. person (including a U.S. resident alien), and that (check appropriate box):

[X] I am not subject to backup withholding, because I am exempt from backup withholding, or because I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified me that I am no longer subject to backup withholding.

[ ] I am subject to backup withholding.

Signature of Authorized Individual   X _____   Date: 5/12/08
For instructions, see Internal Revenue Service Form W-9 that is available at the financial institution.
Commerce Bank is a trade name of TD Bank, N.A.

7867182425

AUG-30-2009(SUN) 09:38    TD BANK VALLEY STREAM        (FAX)5168252983        P. 010/010

**[ID] Bank**        **Name, Address or Account Type Change**

SEP 01 2009

X 136                                            ☐ 095

Name of Customer: *Claude J Pain*

Social Security Number/TIN: ▮▮▮▮▮▮▮▮        DOB: *11-15-62*

ID Number: *PO18312871 (1621)*        Issuing Date: *4-30-09*

Issuing State: *NJ*        Expiration Date: *5-2-13*

### Name Change (attach proof of change)

| From: | To: |
|-------|-----|
|       |     |

Signature card required for each account

### Address Change

| From: | To: |
|-------|-----|
| Address Line 1 *191 Bexley lane* | Address Line 1 *119-29 201 Place* |
| Address Line 2 | Address Line 2 |
| City/State *Piscataway NJ* | City/State *St. Albans NY* |
| Zip Code *08854* | Zip Code *11412* |

### Alternate Address        ☐ Add    ☐ Delete

| From: | To: |
|-------|-----|
| Address Line 1 | Address Line 1 |
| Address Line 2 | Address Line 2 |
| City/State | City/State |
|  | Zip Code |

| Account Number | Type |
|----------------|------|
|                |      |
|                |      |

### Telephone Number Change

| From: | (H) | To: | (H) |
|-------|-----|-----|-----|
|       | (W) |     | (W) |

### Account Type Change

| Account Number | From Type | To Type |
|----------------|-----------|---------|
|                |           |         |
|                |           |         |

Customer's Signature ✗ ~~~~~

Date ✗ *8/29/09*

CSR's Name *Gerald Mohabir*        Extension # *1244*

## FAX completed form to CIF using speed dial Option 1

FOR ADDRESS CHANGES, IF THERE WAS A HOLD 5, COMPLETE A HOLD 5 REMOVAL REQUEST VIA THE OPERATIONS RESEARCH AND ADJUSTMENT DATABASE TO ALLOW FUTURE STATEMENTS TO BE MAILED TO THE CUSTOMER.

### Do not send in Red CIF Bag!



# In The **SUPERIOR COURT**
# Of **NEW JERSEY**
### Special Civil Part
## MIDDLESEX COUNTY



**Before**     Melvin L Gelade, JSC

PORTFOLIO RECOVERY A

**Presiding Judge**

- vs. -
       Plaintiff

**ON EXECUTION**
***Docket No.***     **DC-022767-08**

PAIN CLAUDE

*File No.*     41459

191 BEXLEY LANE

PISCATAWAY,NJ 08854

Defendant

**Attorney: CRANER, SATKIN, & SCHEER ESQS**

## By virtue of the within execution, I have this day levied on and inventoried the following goods and chattels:

| | |
|---|---|
| **To:** | TD BANK |

I hereby levy against the right, title and interest of the above-named defendant or defendants in any money or monies due said defendant or defendants in your possession or under your control, now or in the future in the sum of:

The amount due on the writ (   **$3,209.36**   ) or any part therof.

Account #        (or any and all open accounts)

Please Notify this office of amount held.

Social Security No

Make And Mail All checks To:

Jamie Kelly, Trustee Superior Court

c/o    Jamie Kelly, Court Officer

P.O. Box 69

New Brunswick, NJ 08903

**(973) 377-0332**

*07-December-2010*

Date

Jamie Kelly, Court Officer

**NOTICE TO DEBTORS:** Some property may be exempt from execution by federal and state law, including but not limited to: clothing and a total of $ 1,000.00 of personal property and cash, except for goods purchased as part of the transaction which led to the judgment in this case: welfare benefits social security benefits; S.S.I. benefits; V.A. benefits; unemployment benefits; and workers compensation benefits.

You may claim your exemption by notifying the Clerk of the _____ Middlesex _____ County Special Civil Part and the person who ordered this levy whose name is given above, of your reasons why your property is exempt. This claim must be in writing, and if it is not mailed within 10 days of service of this notice, your property is subject to further proceedings for execution.

DOCKET NO.  : MID DC-022767-08
JUDGMENT NO.: MID VJ-017726-08
WRIT NUMBER : 002

PORTFOLIO RECOVERY A
PLAINTIFF(S)

- VS -

PAIN CLAUDE
DEFENDANT(S)

SUPERIOR COURT OF NEW JERSEY
SPECIAL CIVIL PART
MIDDLESEX  COUNTY
STATE OF NEW JERSEY

>> EXECUTION AGAINST GOODS AND CHATTELS <<

DEBTORS:
    CLAUDE PAIN

ADDRESS OF FIRST DEBTOR:
    191 BEXLEY LN
    PISCATAWAY NJ  08854

TO: JAMIE KELLY
    COURT OFFICER OF THE SPECIAL CIVIL PART

    YOU ARE ORDERED to levy on the property of any of the debtors designated herein; your actions may include, but are not limited to, taking into possession any motor vehicle(s) owned by any of the debtors, taking possession of any inventory and/or machinery, cash, bank accounts, jewelry, electronic devices, fur coats, musical instruments, stock certificates, securities, notes, rents, accounts receivable, or any item(s) which may be sold pursuant to statute to satisfy this execution in full or in part. Any levy pursuant to this writ shall exclude (1) all funds in an account of the debtor with a bank or other financial institution, if all deposits into the account during the 90 days immediately prior to service of the writ were electronic deposits, made on a  recurring basis, of funds identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law, and (2) all funds deposited electronically in an account of the debtor with a bank or other financial institution during the 45 days immediately prior to service of the writ that are identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law. All proceeds are to be paid to the court officer who shall pay them to the creditor or the attorney for the creditor, or, if this is not possible, to the court. This order for execution shall be valid for two years from this date.

    Local police departments are authorized and requested to provide assistance, if needed, to the officer executing this writ. This does not authorize entry to a residence by force unless specifically directed by court order.

| | | |
|---|---|---|
| Judgment Date.............. | 11/14/2008 | |
| Judgment Amount............ | $2,849.44 | |
| Costs and Atty. Fees....... | $128.99 | |
| Subsequent Costs........... | $42.92 | |
| Total...................... | $3,021.35 | |
| Credits, if any............ | $150.00 | |
| Subtotal A................. | $2,871.35 | |
| Interest................... | $40.25 | |
| Execution Costs and | | |
|   Mileage.................. | $6.00 | |
| Subtotal B................. | $2,917.60 | |
| Court Officer Fee.......... | $291.76 | |
| | | |
| Total Due This Date........ | $3,209.36 | |
| Date: 11/16/2010 | | |

Date: 11/19/2010
    MELVIN GELADE, J.S.C.
                    (Judge)

    _Ian Ratzlaff_
    IAN RATZLAFF,
    CLERK OF THE SPECIAL CIVIL

(Continued on following page)

OFFICIAL DOCUMENT
SUPERIOR COURT NJ
MIDDLESEX COUNTY N.J
SPECIAL CIVIL PART

Page: 1 Document Name: js

```
Command ===> IMI1                                    Page 01 of 02  12/31/10
                           ACCOUNT INFORMATION                      09:41:24
          Account 00007867182425  Ctl2 004 Ctl3 000 Ctl4 0000 Ctl1 94   Curr
Prod Type 634  VALUE CHECKING                     MSGS:
Status 00-NORMAL                           System Type 020-PERSONAL
CLAUDE J PAIN                              EXT INV FUND      LINK    0
119-29 201ST PL                           Curr Balance            347.11
ST ALBANS NY                   11412      Avail Balance           347.11
                                          Ledger Bal              347.11
                                          Loan Balance              0.00
                                          Sav Trlr Bal              0.00
                                          Total Holds               0.00
                      Dt Opened      06/12/08  Avail w/ODP        347.11
Charge Card?   NO  Dt Lst Cust Actv 12/30/10  Cust Unavail          0.00
Spec Inst?     NO  Dt Lst Dep       12/23/10  Min DDA Bal           0.00
NSF? NO  OD?   NO  Dt Lst Maint     07/20/10  Avg Coll Bal        427.72
Bal Hist?      NO  Sign  0 Loc Nbr            MTD Avg Bal         150.33
Bal Hist Ret    0  TIN: Cd 2  Nbr ███████████ Last Dep Amt        600.00
Con Kite Days   0  Number Amt Xfers        0  Chrg Off Amt          0.00
MTD Kite Days   4  Number Ck Items         0  EXTERNAL INV          0.00
Stop Pay        0  OD Points          800.00  Cyc Accrd         0.000000
                                              Proj Accrd            0.00

    PF1-Fwd  PF4-Hist   PF5-Redisp  PF14-S/H Inq  PF12-Help  PF18-IBT Inq
```

Page: 1 Document Name: js

```
Command ===> IMI1                                        Page 01 of 02  12/31/10
                            ACCOUNT INFORMATION                         09:41:39
        Account 00007867182425   Ctl2 004 Ctl3 000 Ctl4 0000 Ctl1 94    Curr
Prod Type 634  VALUE CHECKING                    MSGS: MEM.MTY.ACT.
Status 00-NORMAL                            System Type 020-PERSONAL
CLAUDE J PAIN                               EXT INV FUND     LINK    0
119-29 201ST PL                             Curr Balance              0.00
ST ALBANS NY                  11412         Avail Balance             0.00
                                            Ledger Bal              347.11
                                            Loan Balance              0.00
                                            Sav Trlr Bal              0.00
                                            Total Holds               0.00
                    Dt Opened     06/12/08  Avail w/ODP               0.00
Charge Card?   NO   Dt Lst Cust Actv 12/30/10  Cust Unavail           0.00
Spec Inst?     NO   Dt Lst Dep    12/23/10  Min DDA Bal               0.00
NSF? NO  OD?   NO   Dt Lst Maint  07/20/10  Avg Coll Bal            427.72
Bal Hist?      NO   Sign  0 Loc Nbr         MTD Avg Bal             150.33
Bal Hist Ret    0   TIN: Cd 2  Nbr ██████   Last Dep Amt           600.00
Con Kite Days   0   Number Amt Xfers     0  Chrg Off Amt             0.00
MTD Kite Days   4   Number Ck Items      0  EXTERNAL INV             0.00
Stop Pay        0   OD Points       800.00  Cyc Accrd           0.000000
                                            Proj Accrd               0.00

    PF1-Fwd  PF4-Hist  PF5-Redisp  PF14-S/H Inq  PF12-Help  PF18-IBT Inq
```

Date: 12/31/2010 Time: 9:41:41 AM

| Date Processed | 12/31/2010 | *js* |
|---|---|---|

**Name**   **CLAUDE J PAIN**

**SSN/TIN**   ████████

### S NJ County with Funds

| Received Date | 12/29/2010 |
|---|---|
| Total Levy Amount | $3,209.36 |

| 7867182425 | $222.11 | 125 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $222.11 | |

LAW OFFICES

# CRANER, SATKIN, SCHEER & SCHWARTZ

A PROFESSIONAL CORPORATION

320 PARK AVENUE
P O BOX 367
SCOTCH PLAINS, NJ 07076

908-322-2333
FACSIMILE  908-322-4916
WWW.CSS-PC.COM

JOHN A. CRANER*•
STEPHEN A. SATKIN*
M. RICHARD SCHEER*
BRIAN D. SCHWARTZ
MAGED W. HANNA
*MEMBER NJ AND NY BARS
• OF COUNSEL

NEW YORK OFFICE
60 EAST 42nd STREET
47th FLOOR
NEW YORK, NEW YORK 10165
212-938-2337
TELECOPIER
212-321-2101
REPLY TO SCOTCH PLAINS

February 23, 2011

TD Bank
9000 Atrium Way
Mount Laurel, New Jersey 08054

          Re:  Portfolio Recovery Associates, LLC vs. Claude Pain
Docket No:  DC-22767-08
MRS File No:  0088-0010-279

Social Security No:  xxx-xx-1976

Dear Sir/Madam:

      With respect to the above entitled matter, enclosed please find a filed copy of the Turn Over Order.  Please remit funds to Court Officer Jamie Kelly.

               Very truly yours,

               M. RICHARD SCHEER

MRS:mn
Enclosure
cc:  Court Officer Jamie Kelly
Doc #00061859

This communication is from a debt collector, and is for the purpose of collecting a debt.  Any information obtained will be used for that purpose.

**CRANER, SATKIN, SCHEER & SCHWARTZ, P.C.**
A Professional Corporation
320 Park Avenue
Post Office Box 367
Scotch Plains, New Jersey 07076-0367
(908)322-2333
MRS File No.:  0088-0010-279
Attorneys for Plaintiff

FILED AND SO ORDERED ON 2/9/2011
THIS MOTION WAS UNOPPOSED

PORTFOLIO RECOVERY ASSOCIATES, LLC

        Plaintiff

    vs.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MIDDLESEX COUNTY
SPECIAL CIVIL PART

**DOCKET NO. DC-22767-08**

CIVIL ACTION

**ORDER TO TURN OVER**

CLAUDE PAIN

        Defendant(s)

This matter being opened to the court by Craner, Satkin, Scheer, & Schwartz, Attorneys for Plaintiff

on application to turnover funds as a result of a levy of a writ of execution and good cause shown:

    It is on this              day of                  2011;

    **ORDERED**, that TD Bank, turn over to Court Officer Jamie Kelly, the sum of $222.11.

_____
                              J.S.C.

{00059053}

275670

**TD Bank**
America's Most Convenient Bank®

TD Bank, N.A.
LEVY ESCROW ACCOUNT
11000 ATRIUM WAY
MT LAUREL, NJ 08054

55-11/3093    **1168014**

2/28/2011

222.11

Jamie Kelly, Court Officer



Jamie Kelly, Court Officer
P.O Box 69
New Brunswick, NJ 08903

NON-NEGOTIABLE

275670, DC-022767-08, Claude Pain

---

**TD Bank**
America's Most Convenient Bank®

TD Bank, N.A.
LEVY ESCROW ACCOUNT
11000 ATRIUM WAY
MT LAUREL, NJ 08054

55-11/3093    **1168014**

2/28/2011

222.11

Jamie Kelly, Court Officer



Jamie Kelly, Court Officer
P.O Box 69
New Brunswick, NJ 08903

NON-NEGOTIABLE

275670, DC-022767-08, Claude Pain

---



OC-LV Rev1 9/09 M 2606874

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK                HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**TD Bank**

TD Bank, N.A.
LEVY ESCROW ACCOUNT
11000 ATRIUM WAY
MT LAUREL, NJ 08054

55-11/3093    **1168014**

2/28/2011

PAY TO THE
ORDER OF   Jamie Kelly, Court Officer                        $        222.11

DOLLARS

Jamie Kelly, Court Officer
P.O Box 69
New Brunswick, NJ 08903

MEMO   275670, DC-022767-08, Claude Pain

⑈1168014⑈ ⑆011103093⑆ 4241739303⑈

**CRANER, SATKIN, SCHEER & SCHWARTZ, P.C.**
A Professional Corporation
320 Park Avenue
Post Office Box 367
Scotch Plains, New Jersey 07076-0367
(908)322-2333
MRS File No.:  0088-0010-279
Attorneys for Plaintiff

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY SPECIAL CIVIL PART |
| Plaintiff | |
| vs. | **DOCKET NO. DC-22767-08** |
| | CIVIL ACTION |
| | **NOTICE OF MOTION FOR TURN OVER ORDER** |
| CLAUDE PAIN | |
| Defendant(s) | |

**TO:**   Claude Pain                                                         TD Bank
11929 201st Place                                               9000 Atrium Way
Saint Albans, New York 11412                        Mount Laurel, New Jersey 08054

**TAKE NOTICE** that the undersigned will apply to the above named court, at the Middlesex County Superior Court, Special Civil Part, 56 Paterson Street, New Brunswick, New Jersey in the above entitled matter for an Order to turn over monies upon the following grounds:

See Certification annexed:

You may notify the clerk of the court and the undersigned, in writing, within ten (10) days after the service of this notice upon you, that you object to the entry of the Order sought, stating such objection with particularity and you may request oral argument in which event the clerk shall set the motion down for hearing and notify you by mail of the time and place.

{00059053}

The Order sought will be entered in the discretion of the court, unless you so notify the clerk and the undersigned, in writing, that you object to the entry thereof.

NOTICE.   IF YOU WANT TO RESPOND TO THIS MOTION YOU MUST DO SO IN WRITING.  Your written response must be in the form of a certification or affidavit.  That means that the person signing it swears to the truth of the statements in the certification or affidavit and is aware that the court can punish him or her if the statements are knowingly false.  You may ask for oral argument, which means you can ask to appear before the court to explain your position.  If the court grants oral argument, you will be notified of the time, date, and place.  Your response, if any, must be in writing even if you request oral argument.  Any papers you send to the court must also be sent to the opposing party's attorney, or the opposing party if they are not represented by an attorney.

CRANER, SATKIN, SCHEER & SCHWARTZ
Attorneys for Plaintiff


By:   ___/s/M. Richard Scheer_____
      M. RICHARD SCHEER

Dated: 01/18/11


**PROOF OF MAILING:**  On 01/18/11, I, the undersigned mailed by certified and ordinary mail the Notice of Motion to the following:

| | |
|---|---|
| Claude Pain<br>11929 201st Place<br>Saint Albans. New York 11412 | Certified Receipt #7010 2780 0001 2423 1396 |
| TD Bank<br>9000 Atrium Way<br>Mount Laurel, New Jersey 08054 | Certified Receipt #7010 2780 0001 2423 1341 |

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


By:   ___/s/M. Richard Scheer_____
      M.  RICHARD SCHEER

Dated: 01/18/11
{00059053}

**CRANER, SATKIN, SCHEER & SCHWARTZ, P.C.**
A Professional Corporation
320 Park Avenue
Post Office Box 367
Scotch Plains, New Jersey 07076-0367
(908)322-2333
MRS File No.:  0088-0010-279
Attorneys for Plaintiff

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION |
| Plaintiff | MIDDLESEX COUNTY<br>SPECIAL CIVIL PART |
| vs. | **DOCKET NO. DC-22767-08** |
| | CIVIL ACTION |
| | **CERTIFICATION** |
| CLAUDE PAIN | |
| Defendant(s) | |

M. RICHARD SCHEER, certifies and says:

1.  I am the attorney for plaintiff and familiar with the matter.

2.  Judgment was entered on November 14, 2008 in the amount of $2849.44.

3.  Attached is a copy of the report of the recent levy of bank/securities levy on the account of defendant(s).

4.  There remains owing on the writ issued in this matter the sum of $3248.87.

5.  I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> **CRANER, SATKIN, SCHEER & SCHWARTZ**
> Attorneys for Plaintiff
>
>
> By: _____/s/M. Richard Scheer_____
> M. RICHARD SCHEER

Dated: 01/18/11

{00059053}



# SUPERIOR COURT NEW JERSEY
## Special Civil Part, Law Division
## County of Middlesex

# AFFIDAVIT OF LEVY



at the suit of:

PORTFOLIO RECOVERY A

_____

_____

_____

- vs. -                                    Plaintiff

PAIN CLAUDE

191 BEXLEY LANE

PISCATAWAY, NJ 08854

_____
                                    Defendant

Superior Court of NJ, Special Civil Part
P.O. Box 1146
New Brunswick, NJ 08903-1146

**ON EXECUTION**
*Docket No.*     DC-022767-08

File No.                    41459

Attorney Ref. No..

_____ Jamie Kelly, Court Officer _____ ; BEING DULY SWORN UPON HIS OATH DEPOSES AND SAYS:

1) I am a duly appointed officer of the Special Civil Part of the Superior Court of New Jersey.

2) Pursuant to a Writ of Execution of the court I levied on all monies or other assets of the defendant(s) as follows:

   Date of levy: _____ 12/29/2010 _____

   Amount of levy: $ _____ 222.11 _____

   Bank Officer the execution was handed to: _____

   Bank or Institution holding funds: _____ TD Bank _____

                                              70 Bayard Street

                                              NEW BRUNSWICK, NJ 08901

3) I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment for contempt of court.

Jamie Kelly, Court Officer
P.O. Box 69
New Brunswick, NJ 08903
(973) 377-0332

*Jamie Kelly*

*29-December-2010*
_____
Date

_____
Jamie Kelly, Court Officer

88-10

**APPENDIX VI. NOTICE TO DEBTOR -- RULES 4:59-1(g) and 6:7-1(b)**

**SUPERIOR COURT NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
MIDDLESEX COUNTY**

Re:   PORTFOLIO RECOVERY A

vs.

PAIN CLAUDE

Docket No. __DC-022767-08__

File No.              41459

To:   PAIN CLAUDE
      191 BEXLEY LANE
      PISCATAWAY, NJ 08854          , designated defendant:

Your asset, in an amount not to exceed $ ____222.11____ has been levied upon at the instruction of:
____CRANER, SATKIN, & SCHEER ESQS____ to satisfy in whole or in part the judgment against you in the above matter. If you are an individual rather than a business entity, some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as part of the transaction, which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, workers' compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the court so orders. If you are entitled to an exemption as an individual, you may claim your exemption by notifying the clerk of the court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of service of this notice, your property is subject to further proceedings for execution. The address of the court is:

Superior Court of NJ, Special Civil Part P.O. Box 1146 New Brunswick, NJ 08903-1146

**A Levy has been served on the following:**
1. TD Bank 70 Bayard Street, NEW BRUNSWICK, NJ 08901
2. _____
3. _____
4. _____
5. _____

**The address of the person who ordered this levy is:**
CRANER, SATKIN, & SCHEER ESQS 320 PARK AVE. SCOTCH PLAINS, NJ  07076 - (908) 322-2333

**CERTIFICATION OF SERVICE**

I mailed a copy of this notice to the defendant(s) and the person who requested the levy on   **12/29/2010** , the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

_29-December-2010_ _____                    _____
         Date                                              Jamie Kelly, Court Officer

Note  Amended July 14, 1992, effective September 1, 1992; amended July 13, 1994, effective September 1, 1994; amended July 5, 2000, effective September 5, 2000; amended July 27, 2006 to be effective September 1, 2006; amended July 23, 2010 to be effective September 1, 2010

**CRANER, SATKIN, SCHEER & SCHWARTZ, P.C.**
A Professional Corporation
320 Park Avenue
Post Office Box 367
Scotch Plains, New Jersey 07076-0367
(908)322-2333
MRS File No.: 0088-0010-279
Attorneys for Plaintiff

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| Plaintiff | MIDDLESEX COUNTY |
| | SPECIAL CIVIL PART |
| vs. | |
| | **DOCKET NO. DC-22767-08** |
| | CIVIL ACTION |
| | **ORDER TO TURN OVER** |
| CLAUDE PAIN | |
| Defendant(s) | |

This matter being opened to the court by Craner, Satkin, Scheer, & Schwartz, Attorneys for Plaintiff

on application to turnover funds as a result of a levy of a writ of execution and good cause shown:

It is on this                    day of                                        2011;

**ORDERED**, that TD Bank, turn over to Court Officer Jamie Kelly, the sum of $222.11.

_____

                                                                                J.S.C.

{00059053}