USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY CRUZ, and CLAUDE PAIN, Individually
and on behalf of all others similarly situated,
                      Plaintiffs,                      10 CIVIL 8026 (PKC)

          -against-                      **JUDGMENT**

TD BANK, N.A.,
                      Defendant.
-----------------------------------------------------------X

Defendant TD Bank having moved to dismiss plaintiffs' Amended Complaint pursuant to Fed. R. Civ. 12(b)(6), and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on March 2, 2012, having rendered its Memorandum and Order granting TD Bank's motion to dismiss the Amended Complaint, and directing the Clerk to enter judgment for the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 2, 2012, defendant TD Bank's motion to dismiss the Amended Complaint is granted, and judgment is hereby entered for defendant.

Dated: New York, New York
         March 5, 2012

                                                  RUBY J. KRAJICK
                                                  _____Clerk of Court_____
                                BY:
                                                    _____Deputy Clerk_____

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON _____