UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GARY CRUZ and CLAUDE PAIN, Individually and
on behalf of all others similarly situated,

                  **NOTICE OF APPEAL**

              Plaintiffs,

                  Case No. 10-cv-08026 (PKC)

      -against-

TD BANK, N.A.,

             Defendant.
------------------------------------------------------------------X

      Notice is hereby given that Cary Cruz and Claude Pain, individually and on behalf of all others similarly situated, Plaintiffs in the above captioned action, hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on March 5, 2012 (and the underlying Memorandum and Order of March 2, 2012) and from each and every part thereof.

Dated: New York, New York
       March 26, 2012

                                              _____/s/_____
                                              G. Oliver Koppell (GOK-4851)
                                              Daniel Schreck (DS-7680)
                                              Law Offices of G. Oliver Koppell &
                                              Associates
                                              Attorneys for Plaintiffs
                                              99 Park Ave, Suite 330
                                              New York, New York 10016
                                              212-867-3838