# UNITED STATES COURT OF APPEALS

## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the
Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the
18th day of December, two thousand and thirteen.

Before:      Rosemary S. Pooler,
             Peter W. Hall,
             Denny Chin,
                  *Circuit Judges.*

_____

Gary Cruz, Individually and on behalf of all others similarly situated,
Claude Pain, Individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants,

**JUDGMENT**
Docket No. 12-1200

v.

TD Bank, N.A.,

    Defendant - Appellee.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 13, 2014**

_____

Geraldo F. Martinez and Joseph Cummings, individually and
on behalf of all others similarly situated,

Plaintiffs - Appellants,

Docket No. 12-1342

v.

Capital One Bank, N.A.,

Defendant - Appellee.

_____

    The appeals in the above captioned cases from judgments of the United States District
Court for the Southern District of New York were argued on the district court records and the
parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the

**MANDATE ISSUED ON 01/13/2014**

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit