```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GARY CRUZ and CLAUDE PAIN, individually
and on behalf of all others similarly situated,

                    Plaintiffs,          10 Civ. 8026 (PKC)

     -against-                      ORDER

T.D. BANK, N.A.

                    Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       If plaintiffs wish to amend their complaint in accordance with the Second Circuit's opinion of December 18, 2013, they shall move to amend no later than February 3, 2014.

       SO ORDERED.

                                                P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
         January 14, 2014