```
USDS SDNY                    Castel K.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-14
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
GARY CRUZ and CLAUDE PAIN,
Individually and on behalf of all others similarly
situated,

                Plaintiff,

v.

TD BANK, NA,

                Defendant.
----------------------------------------------------------------- x

Civil Action No.
10 Civ. 8026 (PKC)

**STIPULATION**

Hon. P. Kevin Castel

IT IS HEREBY STIPULATED by and between the undersigned counsel of record, as follows:

1. On February 3, 2014, Plaintiffs, Gary Cruz and Claude Pain, individually and on behalf of all others similarly situated filed a Motion for Leave to File a Second Amended Complaint (the "Motion").

2. Defendant TD BANK, N.A.'s time to file its Opposition to the Motion, presently due on February 18, 2014 is extended to and including March 3, 2014.

3. It is further agreed between the parties that the time of the Plaintiffs, Gary Cruz and Claude Pain, to file a Reply to defendant, TD BANK, N.A.'s Opposition, is extended to and including March 17, 2014.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals for all purposes.

There has been no previous requests for an extension of time by defendant to respond to this Motion.

Dated: New York, New York
         February 10, 2014

By: _____
G. Oliver Koppell
Daniel F. Schreck
Law Offices of G. Oliver Koppell

DM1\4481367.1

99 Park Avenue, 3rd Floor
New York, NY 10016
(212) 867 – 3838

Charles Juntikka
Charles Juntikka & Associates, LLP
350 Fifth Avenue, Suite 2212
New York, NY 10118
(212) 315 – 3755
*Attorneys for Plaintiffs Gary Cruz and
Claude Pain, individually and on behalf of
all others*

Date: February 10, 2014

By: _____
ALEXANDER D. BONO
MICHAEL SALVATORE ZULLO
RYAN BORNEMAN (PRO HAC PENDING)
JUSTIN JOSEPH D'ELIA
Duane Morris LLP
1540 Broadway
Telephone: (212) 692-1000
Fax: (212) 692-1020
jjdelia@duanemorris.com
*Attorneys for Defendant TD Bank, NA*

SO ORDERED:
_____
Hon. P. Kevin Castel U.S.D.J.

2-11-14