IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GARY CRUZ and CLAUDE PAIN,               :
Individually and on behalf of all others similarly
situated,                                :

                              Plaintiff,  :

            v.                           :

TD BANK, NA,                             :
                              Defendant.

---------------------------------------------------------------- x

Civil Action No.
10 Civ. 8026 (PKC)

**STIPULATION**

Hon. P. Kevin Castel

> ヽ !）C SDNY
> ｜｜DOCUMENT
> ｜｜ELECｌRONICALLY FILED
> ｜DOC #: _____
> ｜DATE FILED: 2-25-14 ◀

        IT IS HEREBY STIPULATED by and between the undersigned counsel of record, as
follows:

        1.      On February 3, 2014, Plaintiffs, Gary Cruz and Claude Pain, individually and on
behalf of all others similarly situated filed a Motion for Leave to File a Second Amended
Complaint (the "Motion").

        2.      Defendant TD BANK, N.A.'s time to file its Opposition to the Motion, presently
due on February 18, 2014 is extended to and including March 3, 2014.

        3.      It is further agreed between the parties that the time of the Plaintiffs, Gary Cruz
and Claude Pain, to file a Reply to defendant, TD BANK, N.A.'s Opposition, is extended to and
including March 17, 2014.

        IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in
counterparts and that facsimile copies shall be deemed originals for all purposes.

        There has been no previous requests for an extension of time by defendant to respond to
this Motion.

Dated: New York, New York              By:_____
       February 10, 2014                   G. Oliver Koppell
                                           Daniel F. Schreck
                                           Law Offices of G. Oliver Koppell

DM1\4481362.1

99 Park Avenue, 3rd Floor
New York, NY 10016
(212) 867 – 3838

Charles Juntikka
Charles Juntikka & Associates, LLP
350 Fifth Avenue, Suite 2212
New York, NY 10118
(212) 315 – 3755
*Attorneys for Plaintiffs Gary Cruz and*
*Claude Pain, individually and on behalf of*
*all others*

Date: February 10, 2014

By: _____

ALEXANDER D. BONO
MICHAEL SALVATORE ZULLO
RYAN BORNEMAN (PRO HAC PENDING)
JUSTIN JOSEPH D'ELIA
Duane Morris LLP
1540 Broadway
Telephone: (212) 692-1000
Fax: (212) 692-1020
jjdelia@duanemorris.com
*Attorneys for Defendant TD Bank, NA*

SO ORDERED:

_____
Hon. P. Kevin Castel U.S.D.J.

2 – 2 4 – 1 4

2