# LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES
*99 Park Avenue – Suite 330*
*New York, NY  10016*
*212-867-3838*

| | | |
|---|---|---|
| **G. Oliver Koppell** | **Facsimile** | **Of Counsel** |
| | (212) 681-0810 | Lorraine Coyle |
| **Daniel F. Schreck** | | John F. Duane |
| | **Website:** | |
| | www.koppellaw.com | |

March 11, 2014

<u>VIA ECF</u>
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re: Cruz v. TD Bank, N.A.
      <u>Case No. 10-cv-08026</u>

Dear Judge Castel,

  We represent the Plaintiffs and the putative class in the above captioned action.  With the consent of counsel for the Defendant, we write to request a one week extension of time for Plaintiffs to submit their reply brief in support of their motion to amend.  The reply is currently due on 3/17/14 and we are seeking an adjournment of this deadline to 3/24/14.  This is Plaintiffs first request for an extension of time in this matter.

  The undersigned has been the primary draftsman of the pending motion.  While I had allocated time in my schedule this week to prepare the reply brief, unfortunately on Friday my son was diagnosed with Coxsackie Virus.  While thankfully this is not a severe illness (a combination of a cold and a rash), it is very contagious and we cannot send him to his regular daycare or his backup babysitters.  I was home caring for him yesterday and based on his doctor's estimate I will be out caring for him the rest of the week as well.

  We thank the Court for its consideration in this matter.  Should the Court require anything further, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/
Daniel F. Schreck
