```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GARY CRUZ and CLAUDE PAIN, Individually
and on behalf of all others similarly situated,

                 Plaintiffs,                             10 Civ. 8026 (PKC)

       -against-                            CORRECTION TO MEMORANDUM
                                              AND ORDER OF APRIL 17, 2014

T.D. Bank, N.A.,

                 Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       In the final sentence of the final paragraph on page 7 of the Memorandum and Order of April 17, 2014 (Dkt. No. 46), the word "Alexander" is deleted, and, in its place, the word "Siegel" is inserted.

       SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       April 24, 2014