UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GARY CRUZ and CLAUDE PAIN, Individually and
on behalf of all others similarly situated,

                          **NOTICE OF MOTION**

               Plaintiffs,

                          Case No. 10-cv-08026 (PKC)

      -against-

TD BANK, N.A.,

               Defendant.
-------------------------------------------------------------------X

**TO:**   Alexander D. Bono, Esq.
        Duane Morris LLP.
        30 South 17th St.
        Philadelphia, Pennsylvania 19103-4196

       **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, and all other pleadings and proceedings herein, Plaintiffs shall move before the Honorable P. Kevin Castel, United States District Judge, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed.R.Civ.P. 60(b) granting Plaintiffs' Motion for Partial Reconsideration and/or Reargument of this Court's Memorandum and Order dated April 17, 2014, together with any other further relief this Court deems just and proper.

Dated:  New York, New York
          May 1, 2014

                                              Law Offices of G. Oliver Koppell & Associates
                                              By:         /s/
                                              G. Oliver Koppell (GOK-4851)
                                              Daniel F Schreck (DS-7680)
                                              *Attorneys for Plaintiffs*
                                              99 Park Ave., Suite 330
                                              New York, New York 10016

Charles Juntikka (CJ-4689)
Charles Juntikka & Associates, LLP
350 Fifth Avenue, Suite 2212
New York, New York 10118
(212) 315-3755