UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARY CRUZ and CLAUDE PAIN, Individually
and on behalf of all others similarly situated,

                Plaintiffs,                10 Civ. 8026 (PKC)

     -against-              CORRECTION TO MEMORANDUM
                               AND ORDER OF APRIL 17, 2014

T.D. Bank, N.A.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        On the first line of page 9 of the Memorandum and Order of April 17, 2014 (Dkt. No. 46), the word "creditors" is deleted, and, in its place, the word "debtors" is inserted.

        In the first sentence of the first full paragraph on page 13 of the same Memorandum and Order, the word "creditor" is deleted, and, in its place, the word "debtor" is inserted.

        In the second full sentence of the first paragraph on page 16 of the same Memorandum and Order, the second instance of the word "creditor" is deleted, and, in its place, the word "debtor" is inserted.

        SO ORDERED.

                                                  P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       May 6, 2014

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-14