UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GARY CRUZ et al,                                : Case No.: 10-CV-8026 (PKC)
                                                :
              Plaintiffs,                  :
                                                :
   - against -                                :
                                                :
TD BANK, N.A.,                                  :
                                                :
              Defendant.                   :
-------------------------------------------------------X

### DECLARATION OF RYAN E. BORNEMAN SUPPORTING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE THE JUDGMENT AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

I, Ryan E. Borneman, declare under penalty of perjury pursuant to U.S.C. §1746 as follows:

1. I am an associate at Duane Morris LLP, counsel for TD Bank, N.A. in the above captioned matter.

2. Attached as Exhibit A is a redline comparison of the second amended complaint dated August 1, 2014 in *Acevado v. CitiBank, N.A.*, 10-cv-08030 with the proposed Second Amended Complaint ("*SAC*") in this civil action.

3. Attached as Exhibit B is a redline comparison of the second amended complaint dated September 15, 2014 in *Martinez v. Capital One Bank, N.A.*, 10-cv-08028 with the SAC.

4. Attached as Exhibit C is a redline comparison of the second amended complaint dated February 3, 2014 in this civil action with the SAC.

Dated:   December 8, 2014

                                                              Ryan E. Borneman