Castel, K.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY CRUZ, and CLAUDE PAIN,
Individually and on behalf of all others
similarly situated,

                Plaintiffs,

      - against -

TD BANK, N.A.,

                Defendant.
-----------------------------------------------------------X

Case No.: 10-CV-8026 (PKC)

STIPULATION

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time of defendant TD BANK, N.A. ("*TD Bank*") to respond to the Second Amended Complaint is extended to and including March 13, 2015.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals for all purposes.

There has been no previous request for an extension of time regarding TD Bank's time to respond to the Second Amended Complaint. The original time to respond to the Second Amended Complaint is February 17, 2015.

Dated: New York, New York
        February 17, 2015

By: /s/ _____
G. Oliver Koppell
Daniel F. Schreck
Law Offices of G. Oliver Koppell
99 Park Avenue, 3rd Floor
New York, NY 10016
(212) 867 – 3838

DM1\5395668.1

*Attorneys for Plaintiffs Gary Cruz and Claude Pain, individually and on behalf of all others*

Dated:  New York, New York
        February 17, 2015

**DUANE MORRIS LLP**

By: _____
Justin Joseph D'Elia
1540 Broadway
New York, New York 10036
(212) 692-1000 (tel)
(212) 692-1020 (fax)

Alexander D. Bono
Ryan E. Borneman
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000 (tel)
(215) 979-1020 (fax)

*Counsel for TD Bank, N.A.*

SO ORDERED:

Dated: 2-18-15

_____
Hon. P. Kevin Castel
United States District Judge