UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
GARY CRUZ,                                    :          Case No.: 10-CV-8026 (PKC)
                                              :
              Plaintiff,                      :
                                              :
          - against -                         :
                                              :
TD BANK, N.A.,                                :
                                              :
              Defendant.                      :
--------------------------------------------------X
                                              :
ARTHEMIO PEREZ and WILFRED,                   :
BUCKNOR,                                      :          Case No.: 16-cv-05375 (PKC)
                                              :
              Plaintiffs,                     :
                                              :
          - against -                         :
                                              :
TD BANK, N.A.,                                :
                                              :
              Defendant.                      :
--------------------------------------------------X

**TO:**   Alexander D. Bono, Esq.
          Duane Morris LLP.
          30 South 17th St.
          Philadelphia, Pennsylvania 19103-4196

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of G. Oliver

Koppell, the accompanying Memorandum of Law and all other pleadings and

proceedings herein, Plaintiffs, shall move before the Honorable P. Kevin Castel, United States

District Judge, on June 15, 2017 at 2:00pm, at the United States Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant

to Fed.R.Civ.P. 23 and the Stipulation and Agreement of Settlement and Release awarding

attorneys' fees and expenses to Class Counsel, and approving the payment of service awards to

Plaintiffs, together with any other further relief this Court deems just and proper.

1

Dated:  New York, New York
        May 25, 2017

Law Offices of G. Oliver Koppell &
Associates
By:_____/s/_____
G. Oliver Koppell (GOK-4851)
Daniel F Schreck (DS-7680)
*Attorneys for Plaintiffs*
99 Park Ave., Suite 1100
New York, New York 10016

Charles Juntikka (CJ-4689)
Charles Juntikka & Associates, LLP
30 Vesey St., Suite 100
New York, New York 10007
(212) 315-3755